No. 80–5520. · MASSIE *v.* SUMNER, WARDEN. C. A. 9th Cir.;

No. 80–5565. WILLIAMS *v.* LOUISIANA. Sup. Ct. La.;

No. 80–5605. SHRINER *v.* FLORIDA. Sup. Ct. Fla.;

No. 80–5644. PEEK *v.* ZANT, WARDEN. Sup. Ct. Ga.;

No. 80–5672. COLLINS *v.* GEORGIA. Sup. Ct. Ga.;

No. 80–5674. HAMILTON *v.* GEORGIA. Sup. Ct. Ga.;

No. 80–5715. CLARK *v.* LOUISIANA. Sup. Ct. La.;

No. 80–5751. BALDWIN *v.* LOUISIANA. Sup. Ct. La.; and

No. 80–5778. WILSON *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. Reported below: No. 80–5520, 624 F. 2d 72; No. 80–5565, 383 So. 2d 369; No. 80–5605, 386 So. 2d 525; No. 80–5672, 246 Ga. 261, 271 S. E. 2d 352; No. 80–5674, 246 Ga. 264, 271 S. E. 2d 173; No. 80–5715, 387 So. 2d 1124 and 389 So. 2d 1335; No. 80–5751, 388 So. 2d 664; No. 80–5778, 246 Ga. 62, 268 S. E. 2d 895.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 79–1820. BADGER *v.* UNITED STATES ET AL., *ante,* p. 889;

No. 79–1857. ALCOA STEAMSHIP Co., INC. *v.* M/V NORDIC REGENT ET AL., *ante,* p. 890;

No. 79–2047. SIMMONS *v.* IOWA ET AL., *ante,* p. 842;

No. 79–6704. WESTBROOK *v.* BALKCOM, WARDEN, *ante,* p. 999;

No. 79–6715. CULBERSON *v.* MISSISSIPPI, *ante,* p. 986;

No. 79–6872. THOMAS *v.* MUSKIE, SECRETARY OF STATE, ET AL., *ante,* p. 982; and

No. 79–6873. THOMAS *v.* MUSKIE, SECRETARY OF STATE, ET AL., *ante,* p. 982. Petitions for rehearing denied.